UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:19-CR-00240(1)-ADA |
| | § | |
| (1) ANTONIO ANTWONE HODGES | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  April 24, 2025 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) ANTONIO ANTWONE HODGES, which alleged that Hodges violated a condition of his supervised release and recommended that Hodges 's supervised release be revoked (Clerk's  Document No. 48).  A warrant issued and Hodges was arrested.  On August 18, 2025, Hodges appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Hodges appeared before the magistrate judge on September 2, 2025, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge.  Following the hearing, the magistrate judge signed his report and recommendation on September 2, 2025, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on

the original offense and the intervening conduct of Hodges, the magistrate judge recommends that this court continue Hodges supervised release. The magistrate judge recommends the additional following special conditions: to the extent these conditions are not already imposed: (1) location monitoring to the extent necessary as determined by the probation officer; and (2) in-patient or out-patient substance abuse treatment as necessary at the probation officer's discretion. If the defendant commits a future violation of the terms of supervised release, the defendant is to be brought before the undersigned for any hearing on the violation, if possible. (Clerk's Document No. 61).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d 1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On September 2, 2025, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To

Report and Recommendation Of United States Magistrate Judge (Clerk's Document No. 60). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 61 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) ANTONIO ANTWONE HODGES 'sterm of supervised release is hereby CONTINUED. In addition, defendant Hodges shall comply with the following special conditions:

to the extent these conditions are not already imposed: (1) location monitoring to the extent necessary as determined by the probation officer; and (2) in-patient or out-patient substance abuse treatment as necessary at the probation officer's discretion. If the defendant commits a future violation of the terms of supervised release, the

defendant is to be brought before the Honorable Judge Derek T. Gilliland for any hearing on the violation, if possible.

**IT IS FURTHER ORDERED** that all prior conditions of supervised release are reimposed.

Signed this 3rd day of September, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE